IN THE INDIANA SUPREME COURT

DFS Secured Health Care Receivables Trust,
 plaintiff,

 v.

Caregivers Great Lakes, Inc., et al.
 defendants.

)
)
)
)
)
)
)
)
Supreme Court case no.
94S00-0410-CQ-447

U.S. Court of Appeals for the Seventh Circuit, case nos. 03-1086 & 03-3664

 PUBLISHED ORDER ACCEPTING CERTIFIED QUESTION

 The United States Court of Appeals for the Seventh Circuit has
certified questions of Indiana state law for this Court’s consideration
pursuant to Indiana Appellate Rule 64. The questions, as framed by the
federal court, are:

 1. Can an officer or director of a “first transferee” under the IUFTA
 [Indiana Uniform Fraudulent Transfer Act, Indiana Code §§ 32-18-2-1
 et seq.] who is found to have personally participated in the fraud
 be held personally liable under Indiana law on that basis alone?

 2. Is an award of monetary damages under the IUFTA available only
 where reconveyance of the fraudulently transferred property is
 impossible or where the subject property has depreciated in value?

 3. Are punitive damages available under the IUFTA?

 After consideration by each member of the Court, the certified
question is accepted pursuant to Appellate Rule 64.

 The Court directs simultaneous and consolidated briefing as follows.
The respective sides in the federal case are each allowed a single main
brief and a single response brief. The plaintiff’s briefs shall be bound
with blue covers; the defendants’ briefs with red covers. Except to the
extent this order directs otherwise, the four briefs shall substantially
conform to the provisions of Appellate Rules 43 and 44. The briefs shall
be accompanied by the verified statement of word count referred to in
Appellate Rule 44(F). In addition, an appendix shall be filed containing
copies of documents from the federal court case that the parties believe
are necessary or helpful for deciding the questions, including, as
applicable, the items listed in Appellate Rule 50. It is anticipated that
the parties will confer and agree on the materials to be included in an
appendix. The cover of the appendix shall be blue and labeled “Plaintiff’s
Appendix.” An original and eight copies of each brief and appendix are to
be filed with our Clerk.

 The two main briefs and the appendix must be filed by November 15,
2004. These briefs shall, to the extent reasonably practical, conform to
the provisions of Appellate Rule 46(A). The briefs may not exceed 8400
words, exclusive of the items listed in Appellate Rule 44(C). The two
response briefs must be filed by December 1, 2004. These briefs may not
exceed 2400 words, exclusive of the items listed in Appellate Rule 44(C).
Extensions of time will be granted only under extraordinary circumstances
and any motion seeking an extension of time must be made jointly by the
parties.

 The Clerk is directed to send a copy of this order to the Clerk for
the United States Court of Appeals for the Seventh Circuit for distribution
to that Court; to the United States District Court, Northern District of
Indiana, Hon. Robert L. Miller, Jr., Chief Judge; and to counsel of record
as indicated on the attached service list.

 Done at Indianapolis, Indiana this ____ day of October, 2004.

 /s/ Acting Chief Justice of Indiana